IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| TERRENCE T. JOHNSON, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 7:17-cv-00027-M-BP |
| BRYAN COLLIER, Executive Director, Texas Department of Criminal Justice, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Plaintiff's Motion for Injunctive Relief (ECF No. 28) is **DENIED.**

**SIGNED** this 4th day of January, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE