**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| **TERRENCE T. JOHNSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 7:17-CV-00027-M** |
| | § | |
| **BRYAN COLLIER, Executive Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's constitutional claims under RLUIPA and retaliation claims are **DISMISSED** without prejudice, and his request for damages under RLUIPA are **DISMISSED** with prejudice.

**SO ORDERED** this 27th day of August, 2018.

BARBARA M. G. LYNN
CHIEF JUDGE